THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DEBOUR, JR., Appellant.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.